In the Matter of the Application of Thomas O. Peirce for Admission to the Bar. — Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Horace Pettit for Admission to the Bar. — Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of George B. Serenbetz for Admission to the Bar. — Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Charles F. Wilcox for Admission to the Bar. — Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Nora Lowe McKee, Appellant, v. The City of New York, Respondent. — Motion denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frank B. Palmer, as Administrator, etc., of Jeannette H. Palmer, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Samuel Sheingold, Appellant, v. Alfred Baer, etc., Respondent. — Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Selina Weeks, Appellant, v. New York, Westchester and Boston Railway Company, Respondent. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Ernest T. Beyer, Respondent, v. Herman Raub, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Construction Material and Coal Company, Respondent, v. Isaac Parshelsky and Samuel Sheindelman, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Clarke Dooley, Respondent, v. Patrick H. McNulty, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Woodward and Rich, JJ., concurred; Carr, J., dissented.

Joseph Friedman, Respondent, v. Barnett Bladowsky, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Richard Gallagher, Appellant, v. Walsh Construction Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.